422 A.2d 1177

Michael et ux., Appellants, v. Estate of Michael et al.

Argued December 4, 1978.   Charles P. Gelso, for appellants;  Jerry B. Chariton, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

The order of the lower court is hereby affirmed.

422 A.2d 1177

Rosenthal, Appellant, v. Bank of King of Prussia et al.

Argued March 20, 1979.   Wilbur Greenberg, for appellant;  Philip D. Weiss, for Bank of Prussia, appellee.   Andrew B. Cantor, will not file a brief on behalf of Barclay Brothers, appellees.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Decree affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.